UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

JOHN CLEMENTE,

                    Plaintiff,

          vs.                                    Civil Action No. 12-cv-8979
                                                 (KPF)
POSILLICO CIVIL, INC.,

                    Defendant.

------------------------------------------------------------ x

STIPULATION OF
DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), the undersigned,

attorneys for all parties that have appeared in this action, hereby stipulate that this action shall be

dismissed in its entirety with prejudice and without costs or attorneys' fees to any party.

Dated:  August 29, 2014

Sarah Fern Meil
67 Bridge Street
P.O. Box 145
Milford, NJ 08848
Phone: (908) 995-7320
Fax:  (609) 228-4307
sarahfern@sfmesq.com
*Attorney for Plaintiff*

Joseph P. Asselta
Forchelli, Curto, Deegan, Schwartz, Mineo & Terrana, LLP
333 Earle Ovington Boulevard
Suite 1010
Uniondale, NY  11553
Phone:  (516) 248-1700
Fax:  (516) 248-1729
*Attorney for Defendant*