UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
JOHN CLEMENTE,

                    Plaintiff,

      vs.

POSILLICO CIVIL, INC.,

                    Defendant.
------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 2, 2014

Civil Action No. 12-cv-8979 (KPF)

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), the undersigned, attorneys for all parties that have appeared in this action, hereby stipulate that this action shall be dismissed in its entirety with prejudice and without costs or attorneys' fees to any party.

Dated: August 29, 2014

                                                    _____
                                                    Sarah Fern Meil
                                                    67 Bridge Street
                                                    P.O. Box 145
                                                     Milford, NJ 08848
                                                     Phone: (908) 995-7320
                                                     Fax: (609) 228-4307
                                                     sarahfern@sfmesq.com
                                                     *Attorney for Plaintiff*

                                                    _____
                                                   Joseph P. Asselta
                                                   Forchelli, Curto, Deegan, Schwartz, Mineo & Terrana, LLP
                                                   333 Earle Ovington Boulevard
                                                   Suite 1010
                                                   Uniondale, NY 11553
                                                   Phone: (516) 248-1700
                                                   Fax: (516) 248-1729
                                                   *Attorney for Defendant*

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and to close this case.

Dated:  September 2, 2014          SO ORDERED.
        New York, New York

                                   *[signature: Katherine Polk Failla]*

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE